# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0430. IN THE INTEREST OF G. L. S., A MINOR CHILD.

G. L. S. filed this application for discretionary appeal from the juvenile court's order transferring his delinquency case to superior court for prosecution.  The State has filed a motion to dismiss the application based upon G. L. S.'s failure to comply with the interlocutory appeal procedure.

Pursuant to OCGA § 15-11-564 (a), a trial court's ruling transferring a juvenile case is interlocutory. See *In the Interest of J. H.*, __ Ga. App. __ (797 SE2d 185) (2017) (cert. pending in Case No. A16A2213). Accordingly, G. L. S. was required to comply with the interlocutory appeal procedure, including obtaining a certificate of immediate review from the trial court, to obtain appellate review at this juncture. See *Ivey v. State*, 210 Ga. App. 782 (437 SE2d 810) (1993) (appeal of order overruling special demurrer required compliance with interlocutory appeal procedure). Although G. L. S. filed an application for discretionary appeal, compliance with the discretionary appeal statute, OCGA § 5-6-35, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).

G. L. S. objects to the dismissal of his application, arguing that he was not appointed counsel in time to seek a certificate of immediate review. However, the requirement that an applicant obtain a certificate of immediate review is jurisdictional. See *State v. Ramirez-Herrara*, 315 Ga. App. 635, 635 (727 SE2d 253) (2012). If G. L. S.'s right to seek appellate review was frustrated due to a trial court

error, the remedy is to petition the trial court to vacate and re-enter the order in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).

Because G. L. S. failed to comply with the requisite procedures for obtaining interlocutory review, the State's motion to dismiss is GRANTED, and this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   06/05/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*